KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
**YOON LAW, APC**
751 N. Fair Oaks Avenue, Ste. 102
Pasadena, California 91103
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiffs
IVEY MCDANIEL AND JAY PERRY

Wendy Sugg (SBN 223335)
**Sugg Law Group**
384 Forest Ave., Suite 15
Laguna Beach, CA 92651
Telephone: (949) 260-9548
Email: wendy@sugglaw.com

Attorneys for Defendant
APEX SYSTEMS, LLC

[Additional counsel listed on next page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVEY MCDANIEL and JAY PERRY, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>APEX SYSTEMS, LLC, a Virginia limited liability company;<br><br>Defendant. | Case No. 4:20-cv-06073-JST<br><br>[Assigned for all purposes to Hon. Jon S. Tigar; Courtroom 6]<br><br>~~[PROPOSED]~~ **ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Date Filed: August 28, 2020 |

1  DOUGLAS HAN (SBN 232858)
   dhan@justicelawcorp.com
2  SHUNT TATAVOS-GHARAJEH (SBN 272164)
3  statavos@justicelawcorp.com
   AREEN BABAJANIAN (SBN 290130)
4  ababajanian@justicelawcorp.com
5  **JUSTICE LAW CORPORATION**
   751 N. Fair Oaks Avenue, Suite 101
6  Pasadena, California 91103
   Telephone: (818) 230-7502
7  Facsimile: (818) 230-7502
8
   Attorneys for Plaintiffs
9  Ivey McDaniel and Jay Perry

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having considered the Stipulation to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause shown:

IT IS HEREBY ORDERED that the Stipulation is GRANTED in full. The instant action is hereby dismissed with prejudice with each side to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _November 4, 2024____   _____
Hon. Jon S. Tigar
Judge of the United States District Court